1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JAMES REYNOLDS,

               Plaintiff,

   v.

CALIFORNIA DEPARTMENT
OF CORRECTIONS, et al.,

            Defendants.

_____/

CASE NO. 1:05-CV-01014-AWI-SMS-P

ORDER FINDING SERVICE OF COMPLAINT
APPROPRIATE, AND FORWARDING
SERVICE DOCUMENTS TO PLAINTIFF FOR
COMPLETION AND RETURN

(Doc. 1)

Plaintiff James Reynolds ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on August 8, 2005.  The court has screened plaintiff's complaint pursuant to 28 U.S.C. § 1915A and finds that it states a cognizable claim for relief under section 1983 against defendants Landry and Casby for use of excessive force, in violation of the Eighth Amendment.[1]  Fed. R. Civ. P. 8(a); Swierkiewicz v. Sorema N. A., 534 U.S. 506, 512-15 (2002); Austin v. Terhune, 367 F.3d 1167, 1171 (9th Cir. 2004); Jackson v. Carey, 353 F.3d 750, 754 (9th Cir. 2003); Galbraith v. County of Santa Clara, 307 F.3d 1119, 1125-26 (9th Cir. 2002).  Accordingly, it is HEREBY ORDERED that:

    1.     Service is appropriate for the following defendants:

            C/O L. LANDRY

---

[1] In a Findings and Recommendations issued concurrently with this order, the court recommended that plaintiff's excessive force claim against any defendant other than Landry and Casby, and plaintiff's retaliation, due process, and supervisory liability claims be dismissed for failure to state a claim upon which relief may be granted; and defendants Woodford, Scribner, Poulos, and Hill be dismissed based on plaintiff's failure to state any claim upon which relief may be granted against them.

1      C/O T. CASBY

2    2.     The Clerk of the Court shall send plaintiff two (2) USM-285 forms, two (2)

3          summonses, a Notice of Submission of Documents form, an instruction sheet and a

4          copy of the complaint filed August 8, 2005.

5    3.     Within **thirty (30) days** from the date of this order, plaintiff shall complete the

6          attached Notice of Submission of Documents and submit the completed Notice to the

7          court with the following documents:

8          a.     Completed summons;

9          b.     One completed USM-285 form for each defendant listed above; and

10         c.     Three (3) copies of the endorsed complaint filed August 8, 2005.

11   4.     Plaintiff need not attempt service on defendants and need not request waiver of

12         service.  Upon receipt of the above-described documents, the court will direct the

13         United States Marshal to serve the above-named defendants pursuant to Federal Rule

14         of Civil Procedure 4 without payment of costs.

15   5.     <u>The failure to comply with this order will result in a recommendation that this action</u>

16         <u>be dismissed</u>.

17

18   IT IS SO ORDERED.

19   **Dated:    April 28, 2006           _____/s/ Sandra M. Snyder_____**
     icido3                              UNITED STATES MAGISTRATE JUDGE
20

21

22

23

24

25

26

27

28

                                   2