UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES REYNOLDS,<br><br>                Plaintiff,<br><br>        vs.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>                Defendants.<br>_____/ | 1:05-cv-01014-AWI-SMS-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 14)<br><br>**ORDER DISMISSING CERTAIN CLAIMS AND DEFENDANTS** |

   Plaintiff James Reynolds ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

   On May 1, 2006, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within thirty days.  To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendations.

1

1   In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

   Accordingly, IT IS HEREBY ORDERED that:

   1. The Findings and Recommendations, filed May 1, 2006, is ADOPTED IN FULL;

   2. This action shall proceed on plaintiff's complaint, filed August 8, 2005, against defendants Landry and Casby on plaintiff's excessive force claim;

   3. Plaintiff's excessive force claim against any defendant other than Landry and Casby, and plaintiff's retaliation, due process, and supervisory liability claims are DISMISSED for failure to state a claim upon which relief may be granted; and,

   4. Defendants Woodford, Scribner, Poulos, and Hill are DISMISSED based on plaintiff's failure to state any claim upon which relief may be granted against them.

IT IS SO ORDERED.

**Dated:   July 6, 2006**                    **/s/ Anthony W. Ishii**
0m8i78                                        UNITED STATES DISTRICT JUDGE