UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES REYNOLDS, | ) | 1:05-CV-01014-AWI-SMS-P |
| | ) | |
|    Plaintiff, | ) | ORDER GRANTING DEFENDANTS' |
| | ) | MOTION FOR EXTENSION OF |
|    v. | ) | TIME TO FILE RESPONSE TO |
| | ) | COMPLAINT |
| CDCR, et al., | ) | |
| | ) | (Doc. 19) |
| | ) | |
|    Defendants. | ) | |
| | ) | |

On September 15, 2006, defendants Landry and Casby filed a motion seeking an extension of time up to and including October 14, 2006, within which to file a response to the complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Defendants Landry and Casby's motion is GRANTED and defendants' response is due on or before October 14, 2006.

IT IS SO ORDERED.

**Dated:**   **October 10, 2006**           **/s/ Sandra M. Snyder**
i0d3h8                          UNITED STATES MAGISTRATE JUDGE