EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
TRACY S. HENDRICKSON
Supervising Deputy Attorney General
REBECCA M. ARMSTRONG-GRAU, State Bar No. 227452
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-5686
 Fax: (916) 324-5205
 Email: Rebecca.ArmstrongGrau@doj.ca.gov

Attorneys for Defendants Landry and Casby

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **JAMES REYNOLDS,**<br><br>                                    Plaintiff,<br><br>          v.<br><br>**CDCR, et al ,**<br><br>                                    Defendants. | CASE NO.: 1:05-CV-01014 LJO SMS P<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Fed. R. Civ. P. 41(a)(1)(ii) |

 On February 14, 2008, the parties jointly agreed to dismiss the above-entitled action.

///

///

///

///

///

///

**STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

1

1   In accordance with Federal Rule of Civil Procedure 41(a)(1)(ii), this action shall be
2   dismissed without prejudice as to all Defendants named in this action.

3

4   Dated: February 19, 2008                    /s/ James Reynolds
                                                James Reynolds
5                                               Pro Per

6

7   Dated: February 29, 2008                    /s/ Rebecca M. Armstrong-Grau
                                                Rebecca M. Armstrong-Grau
8                                               Deputy Attorney General
                                                Attorneys for Defendants
9

10  IT IS SO ORDERED.

11  **Dated:   March 3, 2008**                  /s/ Lawrence J. O'Neill
                                                UNITED STATES DISTRICT JUDGE

**STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

2